UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON SHELMON, P60579,<br><br>    Plaintiff,<br><br>  v.<br><br>B. BARRON, et al.,<br><br>    Defendant(s). | Case No. 21-cv-03122-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the joint stipulation for voluntary dismissal filed by the parties (ECF No. 23), this action is DISMISSED with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: August 8, 2022

_____
CHARLES R. BREYER
United States District Judge